NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000332
18-DEC-2015
10:45 AM

NO. CAAP-15-0000332


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


U.S. BANK NATIONAL ASSOCIATION, as Trustee for Asset-Backed
Pass-through Certificates, Series 2006-NC1, Plaintiff/Counterclaim
Defendant-Appellee,
v.
RODILLO MAGSANIDE TABUYO, SR. And MERLINA DULDULAO TABUYO,
Defendants-Appellants,
and
JIM HOGG, KEAAHALA KB, LLC, MARJORIE NISSEN, Defendants-Appellees,
and
JOHN DOES 1-10, JANE DOES 1-10,
DOE PARTNERSHIPS 1-10, DOE CORPORATIONS 1-10,
DOE ENTITIES 1-10, and DOE GOVERNMENTAL UNITS 1-10,
Defendants
**(CIVIL NO. 10-1-2138)**

JIM HOGG, Plaintiff-Appellee,
v.
RODILLO MAGSANIDE TABUYO, also known as
RODILLO MAGSANIDE TABUYO, SR., and MERLINA DULDULAO TABUYO,
Defendants-Appellants,
v.
U.S. BANK NATIONAL ASSOCIATION, as Trustee for Asset-Backed
Pass-Through Certificates, Series 2006-NC21, Defendants-Appellees,
and
JOHN DOES 1-10, JANE DOES 1-10,
DOE PARTNERSHIPS 1-10, DOE CORPORATIONS 1-10,
DOE ENTITIES 1-10, DOE GOVERNMENTAL UNITS 1-10, Defendants
**(CIVIL NO. 10-1-0642)**


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT

ORDER GRANTING THE DECEMBER 10, 2015 MOTION FOR RECONSIDERATION
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the "Motion to Reconsider or Set Aside Order Dismissing the Appeal Pursuant to HRAP Rule 30, Filed on November 30, 2015" (Motion), filed December 10, 2015, by Defendants-Appellants Rodillo Magsanide Tabuyo, Sr., and Merlina Duldulao Tabuyo (Appellants), the papers in support, and the record,

IT IS HEREBY ORDERED that the Motion is granted. The due dates for the statement of jurisdiction and opening brief are extended to December 28, 2015, and January 19, 2016, respectively, unless otherwise extended pursuant to Hawai'i Rules of Appellate Procedure Rule 29(b). Any further default of the opening brief may result in sanctions, including the appeal being dismissed.

DATED: Honolulu, Hawai'i, December 18, 2015.

Chief Judge

Associate Judge

Associate Judge

-2-